THE CIRCUIT COURT OF ~~COLUMBIA~~ COUNTY, ARKANSAS

CIVIL DIVISION [Civil, Probate, etc.]

JIMMY WALTER

Plaintiff

v.   No. CV2014-128-4

CARTER FEDERAL CREDIT UNION

Defendant

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

CARTER FEDERAL CREDIT UNION

45 Highway 79 North, Magnolia, AR

[Defendant's name and address.]

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Stephen L. Curry, Crockett Law Firm, P.O. Box 23451, Little Rock, AR 72221.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office

Columbia County Circuit Clerk

One Court Square, Suite 3, Magnolia, AR

[Signature of Clerk or Deputy Clerk]

Date: 11-7-14

[SEAL]

EXHIBIT "A"

No. _____ This summons is for CARTER FEDERAL CREDIT UNION _____ (*name of Defendant*).

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ _____.

To be completed if service is by a sheriff or deputy sheriff:

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

                              By: _____
                              [Signature of server]

                              _____
                              [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____        By: _____
                              [Signature of server]

                              _____
                              [Printed name]

Address: _____

             _____

Phone: _____

Subscribed and sworn to before me this date: _____

                              _____
                              Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

IN THE CIRCUIT COURT OF COLUMBIA COUNTY, ARKANSAS
CIVIL DIVISION

FILED
2014 NOV 7 PM 3 25
COLUMBIA COUNTY, AR
JANICE LINKOUS
CIRCUIT CLERK

JIMMY WALTER            PLAINTIFF

VS.       NO. CV2014-128-4

CARTER FEDERAL CREDIT UNION            DEFENDANT

# COMPLAINT

Comes Plaintiff, Jimmy Walter, by his attorneys, Crockett Law Firm, by Stephen L. Curry, and for her Complaint against Defendant Carter Federal Credit Union, states:

## I.

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Jimmy Walter is a citizen of the State of Arkansas who resides in Columbia County.

2. Defendant Carter Federal Credit Union is a Louisiana credit union, chartered in Springhill, Louisiana. Defendant does business in Arkansas at it's credit union location at 45 Highway 79 North, Magnolia, Arkansas, where the injuries alleged in this action occurred. This complaint and summons can be served upon Defendant's authorized agent for service of process at 45 Highway 79 North, Magnolia, Arkansas 71753.

1

3. This Court has jurisdiction of the parties and the subject matter of this cause of action, and venue is appropriate in the Circuit Court of Columbia County, Arkansas.

## II.
## FACTUAL ALLEGATIONS

4. On February 23, 2010, Plaintiff Jimmy Walter was a business invitee Carter Federal Credit Union at its Highway 79 location in Magnolia, Arkansas.

5. Defendant provided parking, sidewalks, and other means of customer access to it's customers, including Plaintiff herein.

6. As Plaintiff was attempting to enter the business premises of Defendant, Plaintiff tripped and fell on the concrete sidewalk and walkway designed, constructed and maintained by Defendant. The portion of the sidewalk and walkway in the proximity of Plaintiff's fall consisted of uneven surfaces, variations in elevation and direction, and other hazardous elements which created an unreasonable hazard to safe travel. These hazards were not open and obvious or apparent to the average customer, and were compounded by the fact that they were not clearly marked with hazard marking paint, no warning sign was present to warn pedestrians of the impending danger, and no handrails or aids were present to assist customers in their safe passage.

7. Plaintiff lost his footing and took a hard fall, striking his head, shoulder and back regions of his body on the concrete walkway and parking area.

8. Defendant's actions, and inactions, complained of herein were the proximate cause of Plaintiff's injuries and damages.

## III.
## NEGLIGENCE

9. Plaintiff hereby incorporates and realleges the allegations contained in Paragraphs 1 through 8, for purposes of this action.

10. At times relevant to this claim, Defendant had a legal obligation and duty to Plaintiff and other retail customers and pedestrians to design, construct, maintain and keep in a safe and sound condition all sidewalks and walkways at its business location.

12. Defendant was fully aware of the breach of its duty regarding the condition of the sidewalk and walkway and nonetheless actively encouraged and directed its customers, and Plaintiff in particular, to use such areas for ingress and egress to the business.

13. Defendant is guilty of acts of negligence by its: (1) failure to design, construct, and maintain its sidewalks and walkways in a safe non-hazardous condition; (2) failure to adequately mark and caution customers of the known hazards in the sidewalks and walkways; (3) failure to provide guards or hand-rails to assist the customer in avoiding and negotiating the drop-off, once discovered; (4) failure to post signs or warnings of any type; and, (5) otherwise failing to maintain its retail location in a safe and sound condition for its customers.

14. Defendant's acts of negligence were a producing and proximate

3

cause of the damages sustained by the Plaintiff and of his injuries.

## IV.
## DAMAGES

15. Plaintiff Jimmy Walter is entitled to recover for the following damages, all of which were proximately caused by the negligence of Defendant:

a) Compensatory damages for medical and other out of pocket expenses incurred by the Plaintiff in the past and reasonably certain to be incurred in the future due to the permanent nature of his injuries;

b) Damages for severe pain and suffering visited upon Plaintiff due to his injuries and reasonably certain in the future due to the permanent nature of his injuries.

c) Damages for mental anguish visited upon Plaintiff due to his injuries and reasonably certain in the future due to the permanent nature of his injuries.

d) Damages for lost wages due to his injuries.

16. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff Jimmy Walter prays for damages and judgment against Defendant Carter Federal Credit Union in an amount adequate to compensate him for the injuries and damages that have been sustained, and in excess of the minimum required for diversity of citizenship jurisdiction; for an award of costs incurred herein; for a jury trial; and for all other appropriate relief.

excess of the minimum required for diversity of citizenship jurisdiction; for an award of costs incurred herein; for a jury trial; and for all other appropriate relief.

Respectfully submitted,

Stephen L. Curry (Ark. 81041)
Crockett Law Firm
Attorney at Law
P.O. Box 56439
Little Rock, AR 72215
(501) 375-1919
scurry@aristotle.net